IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIM. NO. 05-167-3 |
| | : | |
| MARTIN KUPER | : | |

## ORDER

AND NOW, this 27th day of April, 2009, it is **ORDERED** that Defendant's Motion to Dismiss the Superseding Indictment (Doc. No. 99) is **DENIED**.

IT IS SO ORDERED.

*/s Paul S. Diamond*

_____
**Paul S. Diamond, J.**